ORIGINAL

JASON I. SER
California State Bar Number 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Zerpa-Malpica

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 04cr2408-DMS |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE MOTIONS HEARING** |
| JUAN ZERPA-MALPICA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the Motions Hearing in this matter, now scheduled for October 13, 2006 at 11:00 a.m., be continued until November 9, 2006 at 11:00 a.m. Defense counsel needs this additional time to complete his review of the discovery in this matter, which includes more than 10,000 pages of documents, more than 30 videotapes and approximately 36 compact discs, with his client. In addition, the parties are attempting to negotiate a possible disposition in this matter.

IT IS SO STIPULATED.

Dated: 10/11/06

JASON I. SER
Attorney for Defendant

Dated: 10/11/06

TIMOTHY D. COUGHLIN
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 10-12-06

HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE